**EXHIBIT A**

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| Watchseries.ninja | Mortal Kombat | https://www4.watchseries.ninja/mortal-kombat-2021/ | Godzilla vs. Kong | https://www4.watchseries.ninja/godzilla-vs-kong-2021/ |
| pelisplus.movie | Tenet | https://www13.pelisplus.movie/pelicula/tenet | Spiderman: Into the Spider-verse | https://www13.pelisplus.movie/pelicula/spider-man-un-nuevo-universo |
| Reboot.tube | The Big Bang Theory Season 1 Episode 3 | https://reboot.tube/s/bigbang | Breaking Bad Season 4 Episode 6 | https://reboot.tube/s/bad |
| olevod.com | Fast & Furious 9 | https://www.olevod.com/index.php/vod/detail/id/27132.html | Godzilla vs Kong | https://www.olevod.com/index.php/vod/detail/id/25852.html |
| duboku.fun | Zack Snyder's Justice League | https://e.duboku.fun/voddetail/1985.html | Bad Boys for Life | https://e.duboku.fun/voddetail/1295.html |
| dandanzan.com | Fast & Furious 9 | https://www.dandanzan.com/dianying/78772.html | Godzilla vs Kong | https://www.dandanzan.com/dianying/82184.html |
| shancaowu.com | Fast & Furious 9 | https://www.shancaowu.com/voddetail/429083.html | Outside the Wire | https://www.shancaowu.com/voddetail/411369.html |
| kissasian.li | Kingdom Season 2 | https://kissasian.li/Drama/Kingdom-Season-2 | Kung Fu Hustle | https://kissasian.li/Drama/Kung-Fu-Hustle |
| eztv.re | The Romanoffs Season 1 Episode 1 | https://eztv.re/ep/1294648/the-romanoffs-s01e01-web-h264-convoy/ | Grey's Anatomy | https://eztv.re/ep/1494097/greys-anatomy-s07e11-hdtv-xvid-lol/ |
| megadede.la | Joker | https://www.megadede.la/3587-joker.html | Dolittle | https://www.megadede.la/3076-las-aventuras-del-doctor-dolittle.html |
| Megadede.se | Joker | https://www.megadede.se/pelicula/joker-2019-crimen/ | Dolittle | https://www.megadede.se/pelicula/las-aventuras-del-doctor-dolittle-2020-comedia/ |
| repelis24.info | Joker | https://www.repelis24.info/21505/pelicula/joker.html | Wonder Woman | https://www.repelis24.info/10287/pelicula/mujer-maravilla-wonder-woman.html |
| pelispe.com | Wonder Woman 1984 | https://www.pelispe.com/pelicula/15402/wonder-woman-1984.html | Frozen II | https://www.pelispe.com/pelicula/11353/frozen-2.html |
| pelismegahd.pe | Godzilla vs Kong | https://www.pelismegahd.pe/2021/06/godzilla-vs-kong-2021-bdremux-2160p-dolby-vision-mkv-espanol-latino/ | Mortal Kombat | https://www.pelismegahd.pe/2021/04/mortal-kombat-2021-amzn-web-dl-1080p-hd-mkv-espanol-latino/ |
| Series24.co | Brooklyn Nine-Nine | https://www.series24.co/serie/brooklyn-nine-nine/ | Grey's Anatomy | https://www.series24.co/serie/anatomia-de-grey/ |

| Website | Sample 1 Infringed Title | Sample 1 Infringing URL | Sample 2 Infringed Title | Sample 2 Infringing URL |
|---|---|---|---|---|
| gofilmes.me | Mortal Kombat | https://gofilmes.me/mortal-kombat-2021 | Godzilla vs Kong | https://gofilmes.me/godzilla-vs-kong |
| assistirseriados.net | Arrow | http://www.assistirseriados.net/2017/05/27/arrow-todas-temporadas.html | Grey's Anatomy | http://www.assistirseriados.net/2017/06/07/greys-anatomy-todas-temporadas.html |
| embedforfree.co | Godzilla vs Kong | https://embedforfree.co/imdb?id=tt5034838 | Wonder Woman 1984 | https://embedforfree.co/imdb?id=tt7126948 |
| cuevana2.io | Wonder Woman 1984 | https://cuevana2.io/pelicula/wonder-woman-1984/ | Joker | https://cuevana2.io/pelicula/joker/ |
| edvok.com | Wonder Woman 1984 | https://edvok.com/wonder-woman-1984-2020 | Joker | https://edvok.com/joker-2019 |
| Fanpelis.org | Wonder Woman 1984 | https://fanpelis.org/mujer-maravilla-1984/ | Tenet | https://fanpelis.org/tenet/ |
| Hackstore.net | Wonder Woman 1984 | https://hackstore.net/descargar-mujer-maravilla-1984-2020/ | Joker | https://hackstore.net/descargar-guason-2019/ |
| Hdfull.cx | Joker | https://hdfull.cx/pelicula/joker | Wonder Woman 1984 | https://hdfull.cx/pelicula/wonder-woman-1984 |